IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRAULIO CASTILLO, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No.: 1:09-cv-00295-LO/TRJ |
| GOVERNMENT ACQUISITIONS, INC., et al. | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter the appearance of ROBERT G. LIAN, JR. as counsel in this case for Defendants Government Acquisitions, Inc., and Dennis D. Obial. I hereby certify that I am admitted to practice in this Court.

Dated: July 30, 2009                          Respectfully submitted,

/s/
Robert G. Lian, Jr.
VA Bar No. 36406
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
blian@akingump.com

Counsel for Defendants
Government Acquisitions, Inc. and
Dennis D. Obial

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2009, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Sheldon M. Kline
VA Bar No. 27959
David F. Geneson
VA Bar No. 36550
SHEPPARD MULLIN RICHTER
  & HAMPTON LLP
1300 Eye Street, N.W., Suite 1100E
Washington, DC 20005
Telephone: (202) 218-0000
Facsimile: (202) 218-0020
skline@sheppardmullin.com
dgeneson@sheppardmullin.com

Counsel for Defendants

Michael J. Klisch, Esq.
VA Bar No. 32074
Joshua M. Siegel, Esq.
VA Bar No.73416
COOLEY GODWARD KRONISH LLP
777 6th Street, N.W., Suite 1100
Washington, DC 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
mklisch@cooley.com

Robert T. Cahill, Esq.
VA Bar No. 38562
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
rcahill@cooley.com

Counsel for Plaintff

_____/s/_____
Robert G. Lian, Jr.
VA Bar No. 36406
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
blian@akingump.com

Counsel for Defendants
Government Acquisitions, Inc. and
Dennis D. Obial